UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: July 11, 2019**
**JUDGE PETER G. SHERIDAN**
**COURT REPORTER: Frank Gable**

**TITLE OF CASE:**  CIVIL 16-2262(PGS)

GREGORY PODURGIEL
V.
ACME MARKETS INC.

**APPEARANCES:**
Justin Swidler, Esq., and Manali Arora, Esq. for plaintiff
Elizabeth Malloy, Esq., for defendant

**NATURE OF PROCEEDINGS:**
Trial with jury continued from 7/10/2019 before the Honorable Peter G. Sheridan, USDJ.
Dr. Laura Devany      SWORN for plaintiff.
David Dosenback       SWORN for plaintiff.
Ernest Lawrence       SWORN for plaintiff.
Plaintiff rests.
Deposition of Melissa Engles dated 6/26/2019 played for the jury by defendant.
Lunch recess 1:00pm – 2:00pm.
Ordered lunch to be provided to (8) Jurors Villa Mannino, 73 Route 130, Bordentown, NJ 08620.
Stacy Slate           SWORN for defendant.
Mitchell Schafer      SWORN for defendant.
David Dosenback       CONTINUED on direct for defendant.
Defendant rests.
Rule 50 motion filed by plaintiff and defendant.
Ordered trial with jury adjourned at 4:15pm until July 12, 2019 at 10:00am.

**TIME COMMENCED: 10:15am**
**TIME ADJOURNED: 4:15pm**
**TOTAL TIME: 5 hours**

<u>s/Elizabeth Beres</u>
**Deputy Clerk**