UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                               **DATE: July 12, 2019**
**JUDGE PETER G. SHERIDAN**
**COURT REPORTER: Frank Gable**


**TITLE OF CASE:**                                               **CIVIL 16-2262(PGS)**

GREGORY PODURGIEL
V.
ACME MARKETS INC.

**APPEARANCES:**
Justin Swidler, Esq., and Manali Arora, Esq. for plaintiff
Elizabeth Malloy, Esq., for defendant


**NATURE OF PROCEEDINGS:**
Trial with jury continued from 7/11/2019 before the Honorable Peter G. Sheridan, USDJ.
Jury not present.
Oral argument re: Rule 50 motions.
Ordered motions taken under advisement.
Charge conference held.
Jury present at 11:50am.
　Manali Arora, Esq.     CLOSED for plaintiff.
　Elizabeth Malloy, Esq. CLOSED for defendant.
JURY CHARGED.
Ordered lunch to be provided to (8) Jurors Villa Mannino, 73 Route 130, Bordentown, NJ 08620.
Jury returned with a verdict at 2:00pm.
Verdict in favor of plaintiff GREGORY PODURGIEL, and against defendant ACME MARKETS INC., in the sum of $6,647.28.
Ordered jury excused from service and court adjourned.


**TIME COMMENCED: 10:50am**
**TIME ADJOURNED: 2:15pm**
**TOTAL TIME: 3 hours, 20 minutes**

s/Elizabeth Beres
**Deputy Clerk**
